# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities & Exchange Commission, | No. CV 08-01464-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| Alliance Transcription Services, Inc., et al., | |
| Defendants. | |

In light of the long pendency of this action and the ample opportunity to obtain counsel and to obtain discovery, with or without counsel, the Court will rule on the pending motion for summary judgment in due course and without further delay. Defendant Richard Dabney has not shown justification for overturning the long-set case management order, especially after a motion for summary judgment has been filed in reliance on the schedule in the order.

IT IS THEREFORE ORDERED that Defendant Richard A. Dabney's Motion to Re-Open Record, etc., (doc. # 88) is denied.

DATED this 24th day of November, 2009.

_____
Neil V. Wake
United States District Judge